```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
LAMAR BROWN, On Behalf of Himself and All Others        :
Similarly Situated,                                     :
                                                        :
                        Plaintiff,                      :         22 Civ. 3942 (JPC)
                                                        :
        -v-                                             :         ORDER
                                                        :
MIXTILES USA, INC.,                                     :
                                                        :
                        Defendant.                      :
                                                        :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On July 28, 2022, the Court ordered the parties to file a stipulation of dismissal (or Plaintiff a notice of voluntary dismissal) or a joint status letter by August 28, 2022.  Dkt. 7.  The parties failed to file any materials on that date.  Therefore, the parties are ordered to file either a stipulation of dismissal (or Plaintiff a notice of voluntary dismissal) or a joint status letter by September 9, 2022.

SO ORDERED.

Dated: September 6, 2022
       New York, New York                         _____
                                                  JOHN P. CRONAN
                                                  United States District Judge