UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAMAR BROWN, on behalf of himself and all others similarly situated,<br><br>                Plaintiffs,<br><br>    -against-<br><br>MIXTILES USA, INC.<br><br>                Defendant. | Case No. 1:22-cv-3942<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL**<br>**WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
               November 11, 2022

                                                             Respectfully Submitted,

                                                             **/s/ Mars Khaimov**
                                       By:    Mars Khaimov, Esq.
                                                 108-26 64th avenue, Second Floor
                                                 Forest Hills, New York 11375
                                                 Tel (929) 324-0717
                                                 Fax (929) 333-7774
                                                 Email: mars@khaimovlaw.com
                                                 *Attorney for Plaintiff*

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order prior to the opposing party serving an answer or a motion for summary judgment. *See also* Fed. R. Civ. P. 41(a)(1)(B) (permitting notice of dismissal with prejudice).

Accordingly, this action is dismissed with prejudice and the Clerk of Court is respectfully directed to close this case.

SO ORDERED.
Date: November 14, 2022
New York, New York

                                    JOHN P. CRONAN
                                    United States District Judge